IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL CHAPLAIN, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 8:19CV388 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on its own motion. The clerk of the court has mailed two requests to the United States Penitentiary in Coleman, Florida, requesting Petitioner's prison trust account statement. (Filings no. 7 and 9.) No response has been received. The Bureau of Prisons' Inmate Finder reflects that Petitioner is currently housed at the United States Penitentiary in Victorville, California.

Petitioner has an obligation to keep the court informed of his current address at all times. See [NEGenR 1.3(e) and (g)](requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Petitioner's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Petitioner must update his address with this court within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

2. The clerk of the court shall mail a copy of this order to the Petitioner at USP-Victorville, 13777 Air Expressway Blvd., Victorville, CA 92394.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: February 7, 2020: check for address.

Dated this 8th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge