IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EMMANUEL CHAPLAIN, | |
|---|---|
| Petitioner, | 8:19CV388 |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ORDERED that:

(1) Petitioner's motion to extend deadline for paying the $5.00 filing fee (Filing no. 12) is granted.

(2) Petitioner is directed to submit the $5.00 fee to the clerk's office. Failure to pay the fee will result in dismissal of this matter without further notice.

(3) The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: February 28, 2020: Check for payment.

Dated this 29th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge