IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL CHAPLAIN, Petitioner, vs. UNITED STATES OF AMERICA, Respondent. | 8:19CV388 ORDER |

IT IS ORDERED that Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing no. 5, is denied as moot. Petitioner paid the $5.00 filing fee on February 12, 2020.

Dated this 20th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge